■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ENGLEBURT K. UNTERBURGER, Appellant. [762 NYS2d 552] —Appeal from a judgment of Cattaraugus County Court (Himelein, J.), entered October 21, 2002, convicting defendant upon his plea of guilty of, inter alia, driving while intoxicated as a felony.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pine, J.P., Hurlbutt, Scudder, Kehoe and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS ARZOLA, Appellant. [762 NYS2d 552] —Appeal from a judgment of Oneida County Court (Donalty, J.), entered October 24, 2000, convicting defendant upon his plea of guilty of criminal possession of a controlled substance in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pine, J.P., Hurlbutt, Scudder, Kehoe and Lawton, JJ.